## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY LANE,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner, Social Security<br>Administration,<br><br>       Defendant. | Case No. CIV-13-300-RAW-KEW |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 26, 2014, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 19th day of September, 2014.


_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma